FEE PAID
R# 977

05 MAY 25 PM 3:58

CAMERON S. BURKE
CLERK            IDAHO

Forrest R. Goodrum (#4451)
PENLAND MUNTHER GOODRUM, CHARTERED
The Mallard Building #260
1161 W. River Street
P.O. Box 199
Boise, Idaho 83701
Telephone (208) 344-4566
Fax (208) 344-9836
File No:
Attorneys for North Idaho Credit Corp

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## CIVIL DIVISION

CIV 05-211-N-EJL

| | |
|---|---|
| JEANIE COSGROVE, | CASE NO: _____ |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| NORTH IDAHO CREDIT CORP. | Kootenai County<br>Case No: CV-05-2949 |
| Defendant. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO CIVIL DIVISION:

Removing party North Idaho Credit Corp., by its undersigned attorney, respectfully shows this court:

1. Removing party is the Defendant in the above entitled action.

2. On April 19, 2005 the above entitled action was commenced against the moving party in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai and is now pending in such court.

3. On April 25, 2005, removing party was served with a Summons and Complaint in the above entitled action at 1919 N. Third Street, Coeur d'Alene, Idaho by personal delivery to the registered agent of the Defendant in the County of Kootenai, State of Idaho.

4. No further proceedings have been had in this action in the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai.

5. Plaintiff is a citizen and resident of the State of Idaho and Defendant is a citizen and resident of the State of Idaho.

6. The above entitled action is a civil action for statutory penalties and money damages and arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(a) et. seq. in that it alleges that the Defendant through its agents or employees has committed violations of 15 U.S.C. § 1692(b); that Defendant is a debt collector and Plaintiff is a consumer in accordance with the definitions in said act and that Plaintiff is entitled to an award of civil damages in accordance with the provisions of 15 U.S.C. § 1692(k), as more fully appears in the copy of the Complaint which is attached to this notice as Exhibit B.

7. This court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331 and removal of the action to this court is proper pursuant to 28 U.S.C. § 1441(b).

8. Copies of the Summons, Complaint, and acknowledgement of service served on Defendant in the above entitled action are attached as Exhibits A, B and C respectively.

9. This Notice is filed with this court within thirty (30) days after service on the removing party of the Summons and Complaint in the above entitled action.

WHEREFORE, removing party requests that the above entitled action be removed from the District Court of the First Judicial District of the State of Idaho in and for the County of Kootenai to this Court.

Dated this 25th day of May, 2005.

PENLAND MUNTHER GOODRUM, CHTD.

By _____
Forrest R. Goodrum – Of the Firm

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 25th day of May, 2005, I caused a true and correct copy of the foregoing to be forwarded with all required charges prepaid, by the method(s) indicated below, in accordance with the Rules of Civil Procedure, to the following person(s):

| | | |
|---|---|---|
| Cameron Phillips | Hand Delivery | |
| Attorney at Law | U.S. Mail | X |
| 924 Sherman Avenue | Facsimile | X |
| Coeur d'Alene, ID 83814 | Overnight Mail | |
| (208) 664-2114 (FAX) | | |
| | | |
| Clerk of the Court | Hand Delivery | |
| Kootenai County | U.S. Mail | |
| P.O. Box 9000 | Facsimile | X |
| Coeur d'Alene, ID 83816 | Overnight Mail | |
| (208) 446-1188 | | |

_____
Forrest R. Goodrum

CAMERON PHILLIPS, P.A.
Attorney at Law
924 Sherman Avenue
Coeur d'Alene, ID 83814
Telephone: (208) 667-5437
Fax: (208) 664-2114
Idaho State Bar No.: 2364

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| JEANIE COSGROVE, | ) |
| | ) CASE NO. CV-05- 2949 |
| Plaintiff, | ) |
| | ) SUMMONS |
| v. | ) |
| | ) |
| NORTH IDAHO CREDIT CORP., | ) |
| | ) |
| Defendant. | ) |

NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW:

TO: NORTH IDAHO CREDIT CORP.,

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated Court within 20 days after service of this Summons on you. If you fail to so respond the Court may enter judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

SUMMONS - 1

ASSIGNED TO
JUDGE MITCHELL

EXHIBIT A

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address, and telephone number, or the signature, mailing address, and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court.

DATED this 19th day of April, 2005.

DANIEL J. ENGLISH
CLERK OF THE DISTRICT COURT

Susann E. Draper

By _____
       Deputy Clerk

rod.apr05housegrovelawgmmons

SUMMONS - 2

May.11. 2005  2:55PM   North Idaho Credit 2086677742                        No.0002   P. 6/446

STATE OF IDAHO
COUNTY OF KOOTENAI } SS
FILED

2005 APR 19 PM 3:00

CLERK DISTRICT COURT

DEPUTY

CAMERON PHILLIPS, P.A.
Attorney at Law
924 Sherman Avenue
Coeur d'Alene, ID 83814
Telephone: (208) 667-5437
Fax: (208) 664-2174
Idaho State Bar No.: 2364

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| JEANIE COSGROVE,<br><br>  Plaintiff,<br><br>v.<br><br>NORTH IDAHO CREDIT CORP.,<br><br>  Defendant. | CASE NO. CV-05- 2949<br><br>COMPLAINT<br><br>FEE CATEGORY: A-1<br>FEE: $77.00 |

Plaintiff alleges as follows:

1. Plaintiff is an adult resident of the state of Idaho and of Kootenai County, and has been so situated at all times pertinent hereto.

2. Defendant is an Idaho corporation in good standing, conducting business in Coeur d'Alene, Kootenai County, Idaho, and has been so situated at all times pertinent.

3. Defendant is a "debt collector" within the meaning of 15 USC 1692a (9) the Fair Debt Collection Practices Act, in that it regularly collects, or attempts to collect, debts owed or due or asserted to be due [to] another, using various instrumentalities of interstate commerce in the course of those activities.

4. Plaintiff is a "consumer" within the meaning of 15 USC 1692a (3), she being a "natural person obligated or allegedly obligated to pay any debt." The term "debt" is defined by

COMPLAINT - 1

ASSIGNED TO
JUDGE MITCHELL

EXHIBIT B

15 USC 1692a (5) as "...any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes...."

5. Defendant had, beginning in the months prior to January, 2005, begun undertaking the collection of claims against Plaintiff on behalf of Kootenai Medical Center, James Robson, DDS, the School Plus Program, and the Nickel's Worth, all of which were within the definition of "debt" under the stated reference above.

6. In the course of its collection activities, one of Defendant's employees, a woman named "Sonja," acting in furtherance of Defendant's objection of collecting money from Plaintiff, contacted third parties in a manner that violated the express provisions of 15 USC 1692b.

7. Specifically, on or about December 28, 2004, Defendant's employee, Sonja, telephoned Plaintiff's ex-husband, Brian Shoemaker, and advised him of the following:

    a. That her name was "Sonja."

    b. That she was employed by North Idaho Credit.

    c. That she was trying to collect a medical debt from Plaintiff, Jeanie Cosgrove, in the amount of about $5,000.00 that had arisen after the divorce between Brian and Jeanie.

    d. That it was her intent to sue Jeanie Cosgrove and to thereafter garnish her wages in connection with that particular debt.

8. At or near the same date, Defendant's employee, Sonja, also contacted Plaintiff's sister, Julia Reagan, disclosing essentially the same information that she had given to Brian Shoemaker regarding who she was, who she worked for, what she was trying to do, and specifically that she was trying to collect a debt from Plaintiff.

COMPLAINT - 2

9. In both cases, neither of the third parties contacted by "Sonja" requested any information from her as to who her employer was. She volunteered that information, in violation of 15 USC 1692b(1).

10. Defendant contacted Plaintiff by telephone on several occasions in connection with this matter, and at the time did not provide Defendant the information required by 15 USC 1692e(11) to the effect that the calls were from a debt collector attempting to collect a debt and that any information obtained would be used for that purpose. The statute requires disclosure of that information "in the initial communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, and "...to disclose in subsequent communications that the communication is from a debt collector...."

11. Plaintiff is subject to an award of civil damages in this action in accordance with 15 USC 1692k. Plaintiff suffered extreme humiliation, embarrassment, and anxiety as a direct and proximate result of Defendant's disclosure of information concerning her financial problems to third parties, as alleged hereinabove and in violation of the statute, and is entitled to recover damages therefor. A damage award in an amount in excess of $10,000.00 would be appropriate in this case, as the proof may indicate.

12. Plaintiff is additionally entitled to statutory damages as provided for in the statute, equal to $1,000.00 per violation. If each phone call to third parties, each containing multiple violations of the statute, is counted as one violation, then Plaintiff is entitled to at least $2,000.00 as statutory damages. Additionally, Defendant's contacts directed to Plaintiff in which no "Miranda" warning was given would result in additional statutory damages of at least $3,000.00 for three occurrences, in addition to all other damages to which Plaintiff may be entitled.

COMPLAINT - 3

13. Plaintiff has been required to retain counsel to assist her in the prosecution of this lawsuit, and pursuant to 15 USC 1692k, Plaintiff is entitled to recover all reasonable attorney's fees incurred in this matter in the event she shall prevail. A reasonable attorney's fee in the event of judgment by default would be $1,500.00, and if a responsive pleading is filed then fees should be calculated at her counsel's ordinary rate of matters of this kind, at the rate of $200.00 per hour.

WHEREFORE, Plaintiff prays for judgment as follows:

1. Awarding her damages for humiliation, embarrassment, and anxiety caused by Defendant's conduct as alleged hereinabove and proscribed by the FDCPA, in an amount to be determined in this case, but more than $10,000.00.

2. Awarding her statutory damages at the rate of $1,000.00 per incident proven, in the total amount of at least $5,000.00 or such other amount as may be proven at trial.

3. Granting her a reasonable award of attorney's fees herein, pursuant to the statute, in the amount of $1,500.00 in the event of judgment by default or such other amount as the Court may find proper and equitable and in keeping with the statutory requirements.

4. Granting such other and further relief as may be appropriate in the premises.

DATED this ___18___ day of April, 2005

CAMERON PHILLIPS, P.A.

Cameron Phillips
Attorney for Plaintiff

PLAINTIFF DEMANDS A TRIAL BY JURY OF ALL MATTERS PROPERLY SO TRIABLE HEREIN.

COMPLAINT - 4

## VERIFICATION

STATE OF IDAHO   )
                 ) ss.
County of Kootenai )

Jeanie Cosgrove, being first duly sworn, deposes and says:

I am the Plaintiff, I have read the foregoing, know the contents thereof, and believe the same to be true to the best of my knowledge and information.

                                                                                        JEANIE COSGROVE

SUBSCRIBED AND SWORN to before me this ___ day of April, 2005.

Notary Public for Idaho
Residing at: Coeur d'Alene
Commission Expires: 4/24/09

wal.apr05\cosgrove\complaint

COMPLAINT - 5

May 13 05 11:01a                                                                P.15
May.11. 2005  2:57PM   North Idaho Credit 2086671742              No.0032   P. 11/44

CAMERON PHILLIPS, P.A.
Attorney at Law
924 Sherman Avenue
Coeur d'Alene, ID 83814
Telephone: (208) 667-5437
Fax: (208) 664-2114
Idaho State Bar No.: 2364

### IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

### STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| JEANIE COSGROVE, | ) |
| | ) CASE NO. CV-05-2949 |
| Plaintiff, | ) |
| | ) ACKNOWLEDGEMENT OF SERVICE |
| v. | ) |
| | ) |
| NORTH IDAHO CREDIT CORP., | ) |
| | ) |
| Defendant. | ) |

Mark Ness, being first duly sworn, deposes and says:

1. I am the Registered Agent for the Defendant herein.

2. I hereby acknowledge due and proper service of the Summons and Complaint herein on the 25th day of April, 2005.

DATED this 25th day of April, 2005.

MARK NESS
Registered Agent for Defendant

ACKNOWLEDGEMENT OF SERVICE - 1

EXHIBIT C

STATE OF IDAHO         )
                       ) ss.
County of Kootenai     )

On the 25th day of April, 2005, before me, a Notary Public, in and for the State of Idaho, County of Kootenai, personally appeared Mark Ness, known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this day and year in this certificated first above written.

DEBBY WILLIAMS
Notary Public
State of Idaho

Notary Public for Idaho
Residing at: Post Falls
Commission Expires: 11/17/09

nid.apr05oosgroveluorvice.ack

ACKNOWLEDGEMENT OF SERVICE - 2