Forrest R. Goodrum (#445)
PENLAND MUNTHER GOODRUM, CHARTERED
The Mallard Building #260
1161 W. River Street
P.O. Box 199
Boise, Idaho 83701
Telephone (208) 344-4566
Fax (208) 344-9836
File No:
Attorneys for North Idaho Credit Corp

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| JEANIE COSGROVE, | CASE NO: CIV 05-211-N-EJL |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| NORTH IDAHO CREDIT CORP. | |
| Defendant. | Kootenai County Case No: CV-05-2949 |

COME NOW the parties in the above-entitled action and hereby stipulate and agree that the above-entitled action be dismissed with prejudice with each party paying their own costs and attorneys fees.

Dated: 4/24/06

PENLAND MUNTHER GOODRUM, CHTD.

By _____
Forrest R. Goodrum – Of the Firm

Dated: 3/14/06

CAMERON PHILLIPS, ATTORNEY AT LAW