# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| JEANIE COSGROVE, | CASE NO: CIV 05-211-N-EJL |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| NORTH IDAHO CREDIT CORP. | |
| Defendant. | Kootenai County<br>Case No: CV-05-2949 |

THIS MATTER HAVING COME before this court upon stipulation of the parties and for good cause therefore;

IT IS HEREBY ORDERED AND THIS DOES ORDER THAT the parties stipulation (Dkt. No. 7) is **APPROVED** and the above-entitled action be dismissed with prejudice with each party paying their own costs and attorneys fees.

DATED: **April 27, 2006**

_Edward J. Lodge_ (signature)
Honorable Edward J. Lodge
U. S. District Judge